IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GABRIEL SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-1068-O-BP |
| | § | |
| AMERICAN CREDIT ACCEPTANCE, | § | |
| | § | |
| Defendant. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Joint Stipulation of Dismissal With Prejudice. ECF No. 13. The Stipulation explains that "Plaintiff Gabriel Sanchez and Defendant American Credit Acceptance, LLC, hereby jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted therein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." *Id*. at 1. An action may be dismissed by a party without order of the court by filing a stipulation of dismissal signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(ii). Entry of a judgment of dismissal with prejudice, with each party bearing the party's own costs, would serve administrative and statistical purposes and the interest of justice. Accordingly, the undersigned recommends that Judge O'Connor **DISMISS** the action with prejudice, with each party bearing the party's own costs.

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions, and recommendation must file specific written objections within fourteen days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions,

and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).

    **SIGNED** on January 2, 2024.

                                                        Hal R. Ray, Jr.
                                                        UNITED STATES MAGISTRATE JUDGE